## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Gayle Pearlstein, et al.

                         Plaintiff,

v.                                                    Case No.: 1:26−cv−07943
                                                      Honorable John Robert Blakey

Kwame Raoul, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 23, 2026:

MINUTE entry before the Honorable John Robert Blakey: This case has been assigned to the calendar of the Honorable John Robert Blakey. During the course of the litigation, the attorneys must appear at all hearing dates set by the Court or noticed by the parties. If an attorney has a conflict with a set court date, the attorney must notify Judge Blakey's Courtroom Deputy, Emily Wirtz (emily_wirtz@ilnd.uscourts.gov). If appropriate, the Court will then reset the matter. Advising opposing counsel of a scheduling conflict is not a substitute for communicating directly with the Court. The litigants are ordered to review and fully comply with all of this Court's own standing orders, which are available on Judge Blakey's information page on the Court's official website: http://www.ilnd.uscourts.gov/. The parties (or Plaintiffs individually if Defendant still is not at issue) shall file a status report by 9/7/2026, using the model template set forth in this Court&#039;s standing order regarding Initial (or Reassignment) Status Conferences. The Court grants the motion for leave to appear pro hac vice by attorneys Erin Murphy [4], Matthew Rowen [5], Kevin Wynosky [6], and Michael McCoy [10]. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.